**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Fite, LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FDBA   Turning Leaf Homes V, LLC<br>FDBA   Turning Leaf Homes IV, LLC |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 82-3888012 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1701 SE Oak Shore Lane<br>Portland, OR 97267<br>Number, Street, City, State & ZIP Code | 6915 SW Macadam Avenue<br>Portland, OR 97219<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Clackamas<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Fite, LLC
        Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☐ No.
- ■ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| Portland Oregon (previously Turning Leaf Homes V, LLC) | 5/23/17 | 17-31944-tmb11 |
| Portland Oregon (previously Turning Leaf Homes IV, LLC) | 2/06/17 | 17-30353-tmb11 |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

Case 18-30038-tmb11   Doc 1   Filed 01/05/18

Debtor  Fite, LLC                                           Case number (*if known*)
        Name

                District _____  When _____  Case number, if known _____

| Debtor | Fite, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Fite, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 5, 2018
              MM / DD / YYYY

**X** /s/ Tracey Baron                           Tracey Baron
Signature of authorized representative of debtor   Printed name

Title   Manager

**18. Signature of attorney**

**X** /s/ Kirk W. Knutson                        Date  January 5, 2018
Signature of attorney for debtor                      MM / DD / YYYY

Kirk W. Knutson 03-357
Printed name

Law Offices of Camacho & Knutson
Firm name

1795 Capitol St. NE
Salem, OR 97301
Number, Street, City, State & ZIP Code

Contact phone _____   Email address _____

03-357
Bar number and State

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | Fite, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 5, 2018   **X** /s/ Tracey Baron
Signature of individual signing on behalf of debtor

Tracey Baron
Printed name

Manager
Position or relationship to debtor

Official Form 202  **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

Case 18-30038-tmb11    Doc 1    Filed 01/05/18

Fill in this information to identify the case:
Debtor name: Fite, LLC
United States Bankruptcy Court for the: DISTRICT OF OREGON
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aaron's Rent to Own<br>1622 N. Lombard St.<br>Portland, OR 97217 | | Credit | | | | $900.00 |
| American Express<br>PO Box 3001<br>16 General Warren Blvd.<br>Malvern, PA 19355 | | Credit | | | | $4,312.00 |
| American Express<br>Attn: Bankruptcy Dept.<br>PO Box 981540<br>El Paso, TX 79998-1540 | | Credit Card | | | | $40,390.00 |
| Capital One Bank<br>c/o Midland Funding<br>8875 Aero Dr., Ste. 200<br>San Diego, CA 92123 | | Credit | | | | $7,200.00 |
| Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 | | Credit | | | | $1,294.00 |
| Chase Bank Card Services<br>Attn: Bankruptcy Dept.<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | Credit Card | | | | $3,095.00 |
| Chase Bank Card Services<br>Attn: Bankruptcy Dept.<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | Credit Card | | | | $12,688.00 |

| Debtor | Fite, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chase Bank Card Services<br>Attn: Bankruptcy Dept.<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | Credit Card | | | | $36,560.00 |
| Chase Bank Card Services<br>Attn: Bankruptcy Dept.<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | Credit Card | | | | $16,000.00 |
| Dermatology Associates<br>10215 SW Hall Blvd.<br>Portland, OR 97223 | | Credit | | | | $1,070.00 |
| Discover Card<br>Attn: Bankruptcy Dept.<br>PO Box 3025<br>New Albany, OH 43054 | | Credit Card | | | | $13,701.00 |
| Eddie Bauer Card<br>PO Box 659705<br>San Antonio, TX 78265-9705 | | Credit | | | | $2,160.00 |
| Frontier Communications<br>Attn: Bankruptcy Dept.<br>19 John St<br>Middletown, NY 10940 | | Credit | | | | $938.00 |
| G Group LLC<br>PO Box 529<br>Eugene, OR 97440 | | Credit | | | | $9,166.00 |
| HSBC Bank<br>c/o Portfolio Recovery<br>PO Box 41067<br>Norfolk, VA 23541 | | Credit Card | | | | $11,657.00 |
| HSBC/Menards<br>Attn: Bankruptcy Dept.<br>PO Box 15521<br>Wilmington, DE 19850 | | Credit Card | | | | $12,067.00 |
| HSBC/Saks<br>140 W. Industrial Dr.<br>Elmhurst, IL 60126 | | Credit | | | | $2,608.00 |

| Debtor | Fite, LLC | | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| McDonald Wholesale Co.<br>PO Box 2340<br>Eugene, OR 97402 | | Credit | | | | $2,925.00 |
| Noble Roman's Inc.<br>One Virginia Ave., #800<br>Indianapolis, IN 46204 | | Credit | | | | $150,000.00 |
| Portland General Electric<br>Attn: Bankruptcy Dept.<br>PO Box 4438<br>Portland, OR 97208 | | Utilities | | | | $1,004.00 |

Kirk W. Knutson, OSB 033578  (lead attorney)
kirk@camacholaw.com
Rodolfo A. Camacho, OSB 955203
rudy@camacholaw.com
Law Office of Camacho & Knutson
1795 Capitol Street NE
Salem Oregon 97301
Tel: (503) 362-2674

     Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. |
| FITE, LLC | ) | |
| | ) | CERTIFICATE OF SERVICE |
|      Debtor. | ) | |

    I, Kirk W. Knutson, hereby certify that I served the foregoing Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders, a Self Adhesive label, and this Certificate of Service on:

    All creditors as listed in the Official Form 204

Fite, LLC
1701 SE Oak Shore Lane
Portland, Oregon 97267

Office of the U.S. Trustee
620 Main Street SW, Room 213
Portland, Oregon 97205

by mailing to said creditors a true, and correct copy thereof.  I further certify that said copy was contained in a sealed envelope with first-class postage thereon prepaid, addressed as above stated, to the last-known address of said individuals, and sent via U.S. Mail at Salem, Oregon, on the 5th day of January, 2018.

    /s/   Kirk W. Knutson
    Kirk W. Knutson, OSB# 033578
    Attorney at Law

Law Office of Camacho & Knutson
1795 Capitol Street NE
Salem, Oregon 97301
(503) 362-2674

1 -Certificate of Service

# United States Bankruptcy Court
## District of Oregon

In re: Fite, LLC  
Debtor(s)

Case No. _____  
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Fite, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 5, 2018  
**Date**

/s/ Kirk W. Knutson  
Kirk W. Knutson 03-357  
**Signature of Attorney or Litigant**  
Counsel for  Fite, LLC  
Law Offices of Camacho & Knutson  
1795 Capitol St. NE  
Salem, OR 97301

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy