Kirk W. Knutson, OSB 033578
kirk@camacholaw.com
Rodolfo A. Camacho
rudy@camacholaw.com
Law Office of Camacho & Knutson
1795 Capitol Street NE
Salem Oregon 97301
Tel: (503) 362-2674

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re )
   ) Case No. 18-30038-tmb11
FITE, LLC )
   ) MOTION TO WITHDRAW AS ATTORNEYS
   Debtor. ) OF RECORD
   )

COMES NOW, Rodolfo A. Camacho and Kirk W. Knutson (Attorneys), and respectfully move this Court for an Order allowing them to withdraw as counsel for Debtor. This motion is based upon the grounds and for the reason that Debtor and Attorneys have a fundamental conflict of interest and a fundamental disagreement about the course of the representation.

DATED: 02/15/18.

By: /s/ Rodolfo A. Camacho
Rodolfo A. Camacho, OSB# 955203

By: /s/ Kirk W. Knutson
Kirk W. Knutson, OSB# 033578
Attorney at Law

1 - Motion to Withdraw As Attorneys of Record

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion to Withdraw As Attorneys of Record on:

Fite, LLC
Attn: Tracey Baron, CEO
1701 SE Oak Shore Lane
Portland, OR 97267

by mailing to said individual a full, true, and correct copy thereof. I further certify that said copy was contained in a sealed envelope with first-class postage thereon prepaid, addressed as above stated, to the last-known address of said creditor, and sent via U.S. Mail at Salem, Oregon, on the 15th day of February, 2018.

/s/ Kirk W. Knutson
Kirk W. Knutson, Attorney at Law

2 - Motion to Withdraw As Attorneys of Record

Law Office of Camacho & Knutson
1795 Capitol Street NE
Salem, Oregon 97301
(503) 362-2674

Case 18-30038-tmb11    Doc 31    Filed 02/15/18