

**U.S. Department of Justice**

Office of the United States Trustee

District of Oregon

| | |
|---|---|
| 620 SW Main St., Rm 213 | Main (503) 326-4000 |
| Portland, Oregon 97205 | Fax (503) 326-7658 |
| Email: carla.mcclurg@usdoj.gov | Direct Dial: (503) 326-7659 |

February 16, 2018

Hon. Trish M. Brown
United States Bankruptcy Court
District of Oregon
1001 SW Fifth Avenue, Seventh Floor
Portland, OR 97204

    Re:    *In re Fite, LLC*, Case No. 18-30038-tmb11

Dear Judge Brown,

    Following the case management conference held in the above case on February 13, 2018, I circulated the proposed Order Setting Deadlines attached hereto as Exhibit 1 as required by LBR 9021-1(a)(2)(B) on counsel for the above debtor on February 14, 2018. Counsel for the debtor filed a motion to withdraw as counsel on February 15, 2018, ECF No. 31.

    I have not received comments regarding the proposed Order Setting Deadlines. Due to the pending motion to withdraw, I do not anticipate that counsel for the debtor will comment on the proposed Order Setting Deadlines. I have therefore uploaded the attached proposed Order Setting Deadlines in the event that the Court determines its entry is appropriate.

Very truly yours,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

*/s/ Carla Gowen McClurg*
CARLA GOWEN McCLURG
Trial Attorney

# Exhibit 1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| In re | Case No. 18-30038-tmb11 |
| Fite, LLC, | **ORDER SETTING DEADLINES** |
| Debtor. | |

Following a case management hearing on February 13, 2018, the Court, having reviewed the file and considered the representations of the parties; now, therefore,

**IT IS HEREBY ORDERED that**:

1. By February 16, 2018, the debtor shall:

    a. Provide an accounting of all rents received by the debtor or for the benefit of the debtor to the United States Trustee and all creditors or parties in interest who request an accounting from counsel for the debtor,

    b. To the extent that post-petition rents have not been deposited into the debtor's bank account, cause the deposit of all post-petition rents into the debtor's bank account, and

    c. File documents with the Oregon Secretary of State to reflect that Turning Leaf Management, Inc. is not a manager of the debtor;

**Page 1 - ORDER SETTING DEADLINES**

2. By March 13, 2018, the debtor shall file amended Schedules and Statement of Financial Affairs to completely and correctly disclose all required information; and

3. The debtor shall file redacted bank statements for all bank accounts with its reports required to be filed pursuant to Fed. R. Bankr. P. 2015.

###

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18


 /s/ Carla Gowen McClurg
Carla Gowen McClurg, OSB# 165144
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Telephone: (503) 326-7659
carla.mcclurg@usdoj.gov

Copies to:

Fite, LLC
1701 SE Oak Shore Lane
Milwaukie, OR 97267