

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

FEB 2 2 2018

LODGED_____ REC'D____
PAID_____ DOCKETED___

18-30038-tmb11

# FITE, LLC
*"Creating Equitable Financial Solutions"*

Tracey S. Baron
FITE, LLC
1701 SE Oak Shore Lane
Milwaukie, OR 972 67

Hon. Trish M. Brown
1001 SW 5th Ave #700
Portland, OR 97204
(503) 326-1500

**Honorable Judge Brown**     22th February 2018

,

First, I want to tell you that I apologize for this situation that I find myself in now with regards to counsel.   Initially it seemed like a good idea to learn the process from a Trustee and then transfer to a permanent attorney a few months down the road.

I think the best course for Fite, LLC is PLF Repair Counsel however I need a referral.

I reached out to numerous attorneys yesterday and they all said that I should turn in my financials with some kind of explanation and deliver the monthly operating reports to your office.   It was important for me to let you to know that we are working diligently on improving efficiency and they were done on time..

We are also filing for summary judgment in Utah, as we are confident now as to our position.  I will keep moving forward.

Respectfully,

Tracey S. Baron,
Debtor in Possession, Fite, LLC.