1:30 PM 18-30038 tmb 11  bk    Fite, LLC

**Motion to Withdraw as Attorney i /i . Filed by Kirk W. Knutson, Rodolfo A. Camacho (KNUTSON, KIRK) (31)**

| | |
|---|---|
| Fite, LLC - db | KIRK W KNUTSON |
| Rodolfo A. Camacho - aty | KIRK W KNUTSON |

Evidentiary Hearing:    Yes: ☐    No: ☐

Motion to w/D is not granted at this time

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐

DOCKET ENTRY:

Run Date:   03/07/18