**Fill in this information to identify the case:**

Debtor name __Fite, LLC__

United States Bankruptcy Court for the: __DISTRICT OF OREGON__

Case number (if known) __18-30038-tmb11__

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* __A/B__
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 14, 2018__      **X** __/s/ Tracey Baron__
Signature of individual signing on behalf of debtor

__Tracey Baron__
Printed name

__Manager__
Position or relationship to debtor

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ 7,240,252.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................... $ 2,487.94

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ 7,242,739.94

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 15,908,074.85

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$ 335,344.00

4. **Total liabilities** ..............................................................................................................................................
   Lines 2 + 3a + 3b     $ 16,243,418.85

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — Current value of debtor's interest

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank Of The West - Fite, LLC DIP - (created post-petition) | Business Checking | 7291 | $717.47 |
| 3.2. | Bank Of The West - Fite, LLC Non-DIP (created post-petition) | Business Checking | 8046 | $1,500.00 |
| 3.3. | Bank of The West - TLH-V | Business Checking | 0400 | $217.47 |
| 3.4. | Bank of The West - TLH-IV | Business Checking | 0160 | $0.00 |
| 3.5. | Bank Of The West - Fite, LLC Tax Reserve (created post-petition) | Business Checking | 2919 | $1.00 |
| 3.6. | Bank Of The West - Fite, LLC Mortgage Reserve - (created post-petition) | Business Checking | 2927 | $1.00 |
| 3.7. | Bank Of The West - Fite, LLC Renovation/Repair Reserve - (created post-petition) | Business Checking | 2935 | $1.00 |

| Debtor | Fite, LLC | Case number (If known) 18-30038-tmb11 |
|---|---|---|
| | Name | |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**  $2,437.94

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

| Debtor | Fite, LLC | Case number (If known) 18-30038-tmb11 |
|---|---|---|
| | Name | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | Rental House<br>13360 NE Denbrook Rd.<br>Aurora, OR 97002 | Fee simple | $0.00 | Comparable sale | $643,000.00 |
| 55.2. | Rental House<br>2340 Oakhurst Lane<br>Lake Oswego, OR 97034 | Fee simple | $0.00 | Comparable sale | $400,000.00 |
| 55.3. | Rental House<br>52055 SE Icenogle Loop<br>Scapoose, OR 97056 | Fee simple | $0.00 | Comparable sale | $300,000.00 |
| 55.4. | Rental House<br>2775 SW 107th Ave.<br>Portland, OR 97225 | Equitable interest | $0.00 | Comparable sale | $851,000.00 |
| 55.5. | Rental House<br>20301 S. Woodglen Way<br>Oregon City, OR 97045 | Fee simple | $0.00 | Comparable sale | $356,000.00 |
| 55.6. | Rental House<br>455 NE Blackbear St.<br>Prineville, OR 97754 | Fee simple | $0.00 | Comparable sale | $203,000.00 |
| 55.7. | Rental House<br>4644 Melody Lane<br>Roseburg, OR 97471 | Fee simple | $0.00 | Comparable sale | $280,000.00 |
| 55.8. | Rental House<br>18797 Blueridge Dr.<br>Oregon City, OR 97045 | Fee simple | $0.00 | Comparable sale | $387,500.00 |

| Debtor | Fite, LLC | Case number *(If known)* 18-30038-tmb11 |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| 55.9. | Rental House<br>27660 SE Highway 224<br>Eagle Creek, OR 97022 | Fee simple | $0.00 | Comparable sale | $378,000.00 |
| 55.10. | Rental House<br>15081 SE Mt. Royale Ct.<br>Milwaukie, OR 97267 | Fee simple | $0.00 | Comparable sale | $265,000.00 |
| 55.11. | Rental House<br>5631 SE Belmont St.<br>Portland, OR 97215 | Fee simple | $0.00 | Comparable sale | $715,000.00 |
| 55.12. | Rental House<br>9995 SW Denney Rd.<br>Beaverton, OR 97008 | Fee simple | $0.00 | Comparable sale | $320,000.00 |
| 55.13. | Rental House<br>6727 Oakridge Dr.<br>Gladstone, OR 97027 | Fee simple | $0.00 | Comparable sale | $285,000.00 |
| 55.14. | Rental House<br>237 SW Nevada St.<br>Portland, OR 97219 | Fee simple | $0.00 | Comparable sale | $700,000.00 |
| 55.15. | Rental House<br>8944 N. Clarendon Ave.<br>Portland, OR 97203 | Fee simple | $0.00 | Comparable sale | $320,000.00 |
| 55.16. | Rental House<br>444 Bridge St.<br>Fairview, OR 97024 | Fee simple | $0.00 | Comparable sale | $350,000.00 |
| 55.17. | Rental House<br>635 E. Fairfield St.<br>Gladstone, OR 97027 | Fee simple | $0.00 | Comparable sale | $486,752.00 |

56. **Total of Part 9.**  $7,240,252.00

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☒ No
   ☐ Yes

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 18-30038-tmb11    Doc 51    Filed 03/14/18

Debtor   Fite, LLC                                      Case number *(If known)*  18-30038-tmb11
         Name

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
|  | Potential claim in State of Utah | Unknown |
|  | **Nature of claim**   Recoup of Expenses |  |
|  | **Amount requested**              $0.00 |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
|  | Office Supplies | $50.00 |

78. **Total of Part 11.**                                                                                       $50.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Case 18-30038-tmb11    Doc 51    Filed 03/14/18

Debtor __Fite, LLC__  Case number *(If known)* __18-30038-tmb11__
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,437.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................> | | $7,240,252.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $50.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,487.94  + 91b. | $7,240,252.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $7,242,739.94 |