| | | |
|---|---|---|
| 03/20/2018 | TUESDAY | Judge Trish M Brown |
| 1:30 PM 18-30038 tmb 11 bk | Fite, LLC | |
| | **Continued Case Management Conference** | |
| | Fite, LLC - db | KIRK W KNUTSON |
| | US Trustee, Portland - ust | CARLA GOWEN MCCLURG |

Evidentiary Hearing:   Yes: ☐   No: ☒

Not all of the items listed in the order entered on Feb 20, 2018, [Doc 33] have been completed including amended schedules, accounting for rents, filing of redacted bank accounts. Additional UST discovered other irregularities at the continued 341(a) meeting on 3/16.

UST intends to file a Motion to Dismiss no later than 3/26/18. The court will set that motion for hearing with notice to all creditors.

The court laid out a list of information that must be provided. The court also reiterated that Fite Inc must have counsel and

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐

DOCKET ENTRY: Ms. Baron is not allowed to file documents on behalf of Fite.

Run Date:   03/20/18