Joseph A. Field, OSB # 940710
Field Jerger LLP
621 S.W. Morrison, Ste. 1225
Portland, Oregon 97205
Tel. (503) 228-9115
Fax (503) 225 0276
joe@fieldjerger.com
Attorneys for Defendants

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: FITE, LLC | Case No. 18-30038-tmr11 |
|---|---|
| Debtor. | FIELD JERGER, LLP'S NOTICE OF NON-APPEARANCE |

Other than filing this Notice of Non-Appearance, Field Jerger, LLP has not appeared in this case, will not appear in this case, does not represent any party in this case and will not represent any party in this case.

Dated: March 20, 2018

/s/ Joseph A. Field
Joseph A. Field, OSB # 940710
Field Jerger LLP
621 S.W. Morrison, Ste. 510
Portland, Oregon 97205
Tel. (503) 228-2665
Fax (503) 225 0276
joe@fieldjerger.com
Attorneys for Defendants

Page 1 of 2

Field Jerger LLP
621 SW Morrison St. #510
Portland, OR 97205
Tel: (503) 228-2665
Fax: (503) 225-0276

Case 18-30038-tmb11    Doc 58    Filed 03/20/18

Certificate of Service

On the date set out below, the undersigned served this document on all parties of record, registered for notice with the Court's CM/ECF Electronic filing system and on the following recipients by email:

Tracey Baron: tracey@tleafmgt.com
Rob Hausner: rob@tleafmgt.com

Dated: March 20, 2018

/s/ Joseph A. Field
Joseph A. Field, OSB # 940710
Field Jerger LLP
621 S.W. Morrison, Ste. 510
Portland, Oregon 97205
Tel. (503) 228-2665
Fax (503) 225 0276
joe@fieldjerger.com
Attorneys for Defendants

Page 2 of 2

Field Jerger LLP
621 SW Morrison St. #510
Portland, OR 97205
Tel: (503) 228-2665
Fax: (503) 225-0276

Case 18-30038-tmb11    Doc 58    Filed 03/20/18