Case Number: **18-30038-tmb11**
Report Mo/Yr: **February-2018**

**Debtor: Fite, LLC**

**UST-11, COMPARATIVE INCOME STATEMENT**

**INSTRUCTIONS:** The initial report should include only business activity commencing from the petition date through the end of the month.

| For the Month of: | MO/YR | MO/YR 01/2018 | Cumulative To Date |
|---|---:|---:|---:|
| Revenue | 14,630 | 21,298 | 35,928 |
| Less: Returns and Allowances | | | - |
| NET REVENUE | 14,630 | 21,298 | 35,928 |
| | | | |
| Cost of Goods sold: | | | |
|     Beginning Inventory | - | - | - |
|     Add: Purchases | - | - | - |
|     Less: Ending Inventory | - | - | - |
| Cost of Goods Sold | - | - | - |
| | | | |
| Additional Costs of Good Sold: | | | |
|     Direct Labor | - | - | - |
|     Freight In | - | - | - |
| TOTAL COST OF GOOD SOLD | - | - | - |
| | | | |
| Other Operating Expenses: | | | |
|     Officers' Salaries (Gross) | - | - | - |
|     Other Salaries (Gross) | - | - | - |
|     Depreciation and Amortization | - | - | - |
|     Employee Benefits | - | - | - |
|     Payroll Taxes (Employer's portion) | - | - | - |
|     Insurance | - | - | - |
|     Rent | - | - | - |
|     General and Administrative | 4,073 | 20,721 | 24,795 |
| TOTAL OPERATING EXPENSES | 4,073 | 20,721 | 24,795 |
| | | | |
| NET OPERATING INCOME (LOSS) | 10,557 | 576 | 11,133 |
| | | | |
| Add: Other Income | - | - | - |
| | | | |
| Less: Interest Expense | - | - | - |
| | | | |
| Less: Non-recurring items | | | |
|     Professional Fees | - | - | - |
|     UST Fees | - | - | - |
|     Other (specify) | - | - | - |
| TOTAL NON-RECURRING ITEMS | - | - | - |
| | | | |
| GAIN (LOSS) ON DISPOSAL OF ASSETS | - | - | - |
| | | | |
| NET INCOME (LOSS) BEFORE INCOME TAX | 10,557 | 576 | 11,133 |
| Income Taxes | | | - |
| NET INCOME (LOSS) | 10,557 | 576 | 11,133 |

Monthly Operating Report -Corporate or Partnership Debtor     Page 1 of 1

United States Trustee-Oregon     (Revised 3/4/11)

UST-12

Case Number: **18-30038-tmb11**
Report Mo/Yr: **February-2018**

Debtor: **Fite, LLC**

## UST-12, COMPARATIVE BALANCE SHEET

| ASSETS As of month ending: | MO/YR 02/2018 | MO/YR 01/2018 | PER SCHEDULES (i.e. Petition Date) |
|---|---|---|---|
| Current Assets | | | |
|   Cash-Restricted | - | - | - |
|   Cash-Unrestricted | 34,345 | - | - |
|     TOTAL CASH | 34,345 | 23,098 | - |
| | | | |
|   Accounts Receivable | - | - | - |
|   Less: Allowance for Doubtful Accounts | - | - | - |
|     NET ACCOUNTS RECEIVABLE | - | - | - |
| | | | |
|   Notes Receivable | - | - | - |
|   Insider Receivables | (1,403) | - | - |
|   Inventory | - | - | - |
|   Prepaid Expenses | - | - | - |
|   Other (attach list) | - | 157,838 | - |
| TOTAL CURRENT ASSETS | 32,942 | 180,936 | - |
| Fixed Assets | | | |
|   Real Property/Buildings | 428,233 | 261,573 | - |
|   Equipment | - | - | - |
|   Accumulated Depreciation | (23,015) | - | - |
| NET FIXED ASSETS | 405,218 | 261,573 | - |
| | | | |
| Other Assets (attach list) | - | - | - |
| TOTAL ASSETS (see footnote 1) | 438,160 | 442,508 | - |

| LIABILITIES | | | |
|---|---|---|---|
| Post-Petition Liabilities | | | |
|   Trade Accounts Payable | 31,730 | | |
|   Taxes Payable | - | - | |
|   Accrued Professional Fees | - | - | |
|   Notes Payable | | | |
|   Rents and Lease payables | - | - | |
|   Accrued Interest | - | - | |
|   Other: Tenants Security Deposits & Prepaid Rent | 6,400 | | |
| TOTAL POST-PETITION LIABILITIES | 38,130 | - | |
| Pre-Petition Liabilities (see footnote 2) | | | |
|   Secured Debt | - | - | |
|   Priority Debt | - | - | |
|   Unsecured Debt | | 32,198 | |
|   Other (attach list) | | | |
| TOTAL PRE-PETITION LIABILITIES | - | 32,198 | - |
| | | | |
| TOTAL LIABILITIES (see footnote 2) | 38,130 | 32,198 | - |

Monthly Operating Report -Corporate or Partnership Debtor     Page 1 of 1
United States Trustee-Oregon     (Revised 3/4/11)

Case Number: **18-30038-tmb11**
Report Mo/Yr: **February-2018**

**Debtor: Fite, LLC**

## UST-12, COMPARATIVE BALANCE SHEET

| EQUITY    As of month ending: | MO/YR 02-2018 | MO/YR 01/2018 | PER SCHEDULES (i.e. Petition Date) |
|---|---|---|---|
| Owners' Equity (or Deficit) | | | |
| Prepetition Owners' Equity | 395,749 | 409,734 | |
| Post-petition Cumulative Profit or (Loss) | 4,281 | 576 | - |
| Direct Charges to Equity (**Explain**) | - | - | - |
| TOTAL OWNERS' EQUITY (DEFICIT) | 400,030 | 410,310 | - |
| | | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY(DEFICIT) | 438,160 | 442,508 | - |

**FOOTNOTES TO BALANCE SHEET for FEBRUARY 2018:**

1) Differences in fixed assets and insider receivables partially from reconciling inter-company due from (to) accounts of of Fite, LLC and Turning Leaf Management, Inc. Both entities are owned by by Tracey Baron and as such Fite, LLC is part of the consolidated group of companies managed by Mr. Baron.

2) Differences in liabilities of pre-petition and post petition payable result partially from reconciling inter-company due from (to) accounts of of Fite, LLC and Turning Leaf Management, Inc. Both entities are owned by by Tracey Baron and as such Fite, LLC is part of the consolidated group of companies managed by Mr. Baron. Amended January financial statements have been requested by the UST (Carla McGowen) and will be submitted by the debtor.

3) Difference in pre-petition owners equity result from reconciling inter-company due from (to) accounts of of Fite, LLC and Turning Leaf Management, Inc. Both entities are owned by by Tracey Baron and as such Fite, LLC is part of the consolidated group of companies managed by Mr. Baron.

**UST-13**

Case Number: **18-30038-tmb11**
Report Mo/Yr: **February-2018**

Debtor: **Fite, LLC**

| UST-13, COMPARATIVE CASH FLOW STATEMENT | | | |
|---|---|---|---|
| As of month ending: | MO/YR 02/2018 | MO/YR 01/2018 | Cumulative Filing to Date |
| NET INCOME (LOSS) | $10,557 | $576 | $11,133 |
| ADJUSTMENTS TO RECONCILE NET INCOME TO NET CASH: | | | |
| Depreciation and Amortization | - | - | - |
| (Gain) Loss on Sale of Assets | - | - | - |
| (Increase) Decrease in Prepaids | - | - | - |
| (Increase) Decrease in Receivables | - | - | - |
| (Increase) Decrease in Inventory | - | - | - |
| (Increase) Decrease in Notes Receivable | - | - | - |
| Increase (Decrease) in Payables | 439 | - | - |
| Increase (Decrease) in Taxes Payable | - | - | - |
| Increase (Decrease) in Professional Fees | - | - | - |
| Increase (Decrease) in Rents/Leases Pay | - | - | - |
| Increase (Decrease) in Accrued Interest | - | - | - |
| NET CASH PROVIDED BY OPERATIONS | 10,995 | 576 | 11,133 |
| CASH FLOWS FROM INVESTING/FINANCING: | | | |
| Purchase of Fixed Assets | - | - | - |
| Proceeds from Sale of Fixed Assets | - | - | - |
| Capital Contributions | - | - | - |
| Loan Proceeds | - | - | - |
| Loan Principal and Capital Lease Payments | - | - | - |
| NET INCREASE (DECREASE) IN CASH | 10,995 | 576 | 11,572 |
| BEGINNING CASH | 23,350 | 11,572 | - |
| ENDING CASH | 34,345 | 12,148 | 11,572 |

Debtor: **Fite, LLC**

## UST-14B, ADDITIONAL DISBURSEMENT INFORMATION

**Payments on Pre-Petition Unsecured Debt (requires court approval)**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt?     If "yes", complete table for each payment.

| Payee's Name | Nature of Payment | Payment Date | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | X |
|  |  |  |  |  |  |  |

**Payments to Attorneys and Other Professionals (requires court approval)**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?     If "yes", complete table for each payment.

| Professional's Name | Type of Work Performed | Payment Date | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | X |
|  |  |  |  |  |  |  |

**Payments to an Officer, Director, Partner, or Other Insider of the Debtor**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to, or for the benefit of, an officer, director, partner, member, shareholder or other insider of the debtor?
**If "yes", complete table for each payment.**

| Payee's Name | Relationship to Debtor | Payment Date | Amount | Purpose of Payment | Yes | No |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | X |
|  |  |  |  |  |  |  |

INSTRUCTIONS: Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment.

**CERTIFICATION OF BANK ACCOUNTS:**

The undersigned certifies under penalty of perjury that every financial account used by the debtor is accounted for in UST-14A of this report and is held in a depository included on the U.S. Trustee's list of authorized depositories. The undersigned further certifies that each such depository has been notified that the account holder is a debtor in a Chapter 11 case under the jurisdiction of the Bankruptcy

BY: _____[signature]_____     DATE: __3/21/2018___
TITLE:__Member-Manger_____

Debtor: **Fite, LLC**

### UST-16, BUSINESS STATEMENT OF AGED POST-PETITION PAYABLES
### PART B - TAXES

**CERTIFICATION:** The undersigned certifies under penalty of perjury that all post-petition taxes required to be withheld or collected have been paid to the appropriate taxing authority or that a deposit for such amounts has been made into a separate bank tax account as more fully described below.

BY: _[signature]_  DATE: 01/19/2018

**Reconciliation of Unpaid Post-Petition Taxes**

| Type of Tax | 1<br>Unpaid Post-petition Taxes from Prior Reporting Month | 2<br>Post-petition Taxes Accrued this Month (New Obligations) | 3<br>Post-petition Tax Payments Made this Reporting Month | Unpaid Post-petition Taxes at End of Reporting Month (Column 1+2-3=4) |
|---|---|---|---|---|
| **FEDERAL EMPLOYMENT TAXES** | | | | |
| Employee Income Tax Withheld | | | | - |
| FICA/Medicare-Employee | | | | - |
| FICA/Medicare-Employer | | | | - |
| Unemployment (FUTA) | | | | - |
| **STATE EMPLOYMENT TAXES** | | | | |
| Employee Income Tax Withheld | | | | - |
| Unemployment (SUTA) | | | | - |
| Worker's Compensation | | | | - |
| **OTHER TAXES** | | | | |
| Corporate Income Tax | | | | - |
| Local City/County Tax | | | | - |
| Sales Tax | | | | - |
| Personal Property Tax | | | | - |
| Real Property Tax | | | | - |
| Other | | | | - |
| | | | Total Unpaid Post-Petition Taxes | $ - |

Is the debtor delinquent in any tax reporting? *If yes,* provide the name of the taxing authority, a description of the report that is past due, the original report due date, any payment due, and the reason for the delinquency.

No

Debtor: **Fite, LLC**

## UST-17 STATEMENT OF OPERATIONS

INSTRUCTIONS: Answer each question fully and attach additional sheets as necessary to provide a complete response

**Question 1 - Sale of the Debtor's Assets**      Yes    No

Did the debtor, or another party on behalf of the the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month that are out of the ordinary course of the debtor's business **If yes, attach a schedule identifying each asset, date of sale notice, method of disposition, and gross and net sale proceeds received. If real property was sold, attach a copy of the closing statement.**    [ ]   [X]

**Question 2 - Financing**

During the reporting month, did the debtor receive any financing, or loans from a non-insider funding source? **If yes, indicate the source of the funds, date paid to debtor, dollar amount, and date of court approval.**

| Source of Funds | Date Paid | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|
|  |  |  |  | [ ] | [X] |

**Question 3 - Insider loans**

During the reporting month, did the debtor receive any funds from an officer, director, partner, member, shareholder, or other insider of the debtor? **If yes, indicate the source of funds, date paid to debtor, dollar amount, and date of court approval.**

| Source of Funds | Date Paid | Amount | Date of Court Approval | Yes | No |
|---|---|---|---|---|---|
|  |  |  |  | [ ] | [X] |

**Question 4 - Insurance and Bond Coverage**

    Yes    No

Did the debtor renew or replace any insurance policies during this reporting month? **If yes, attach a certificate of insurance for each renewal or change in coverage.**    [ ]   [X]

Were any of the debtor's insurance policies canceled or otherwise terminated for any reason during the reporting month? **If yes, explain.**    [ ]   [X]

Were any claims made during this reporting month against the debtor's bond? (Answer "No" if the debtor is not required to have a bond). **If yes, explain.**    [ ]   [X]

**Question 5 - Significant Events.**

Provide a narrative report of any significant events that may have an effect on the financial condition of the debtor or any events out of the ordinary course of business that are not described elsewhere in this report. Attach separate sheets as necessary.

**\*See attached:** Footnotes to the January 2018 financial statements.

**UST-17, STATEMENT OF OPERATIONS (Continued)**

**Question 6 - Case Progress.** Explain what progress the debtor has made during the reporting month toward confirmation of a plan of reorganization.

    See Footnotes To Statement of Operations

|  | Filed ? | Estimated Date To be Filed |
|---|---|---|
| (a) Disclosure Statement: | **No | ** |
| (b) Plan of Reorganization: | ***No | *** |

**WHERE TO FILE A MONTHLY OPERATING REPORT:** Local Bankruptcy Rule 2015-2 requires the debtor to file its monthly financial report with the U.S. Bankruptcy Court.

**File the original….(select only one)**

**For a Chapter 11 case filed in Portland, OR:**
United States Bankruptcy Court
1001 SW 5th Avenue, 7th floor
Portland, OR  97204

**For a Chapter 11 case filed in Eugene, OR:**
United States Bankruptcy Court
405 East 8th Avenue, Suite 2600
Eugene, OR  97401

**CERTIFICATION:** The undersigned certifies that copies of this report and supporting documents have been served upon each of the following persons in this case:  U.S. Trustee; the chairperson of each official committee of creditors or equity security holders and the attorney(s) for each such committee; the debtor and the debtor's attorney; and the trustee and the trustee's attorney, if applicable.

BY: **Tracey Baron**     DATE: _3/21/2018_

TITLE: _Member - Manager_     PHONE NUMBER: _(503) 804-0919_

**Send U.S. Trustee's copy to:  (select only one)**

**For a Chapter 11 case filed in Portland, OR:**
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR  97205

**For a Chapter 11 case filed in Eugene, OR:**
Office of the United States Trustee
405 East 8th Avenue, Suite 1100
Eugene, OR  97401

**Debtor: Fite, LLC**

**UST-17, STATEMENT OF OPERATIONS - FOOTNOTES**

**Question 6 - Case Progress.** Explain what progress the debtor has made during the reporting month toward confirmation of a plan of reorganization.

Debtor is experiencing extreme hardship related to UST conduct. Because of this, debtor has been unable to obtain replacement counsel. The common adjective used to describe this, verbatum from more than one local attorney to describe the situation has been and continues to be "TOXIC". As in NOBODY is willing to get near this case due to fears that they will "PISS OF CARLA." If this is truly the legal landscape, then the system is broken and we are unsure at this point how to proceed and will inform the court prior to the hearing that will undoubtely take place after the UST submits her request to have this case converted to chapter 7 with prejudice.

See Footnotes To Statement of Operations



P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

February 1, 2018 - February 28, 2018

Page **1** of 4

~~dsfadfadfasfasfdfasfas~~
>FITE LLC
DEBTOR IN POSSESSION
~~XXXX OAK GROVE LN~~
~~MILWAUKIE OR 97267-1528~~

## At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY/TDD

## Security Center

Stay informed. Visit the Bank of the West Security Center for tips and information on financial scam awareness at bankofthewest.com/security.

Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## CLASSIC BUSINESS CHECKING   XXXXXX7291

FITE LLC
DEBTOR IN POSSESSION

### ACCOUNT SUMMARY

| | |
|---|---:|
| **Beginning Balance** | **$1,055.97** |
| 7 Credits | 32,427.66 |
| 2 Deposits | 3,300.00 |
| 2 Withdrawals | -326.49 |
| 0 Checks | 0.00 |
| **Ending Balance** | **$36,457.14** |

### EARNINGS SUMMARY

| | |
|---|---:|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Interest credited prior year | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $30,398.04 |

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.






# Account Statement

February 1, 2018 - February 28, 2018

## CLASSIC BUSINESS CHECKING xxxxxx7291 *(continued)*

### ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|---|---:|---|
| 02/01 | $10.00 | SERVICE CHG REBATE VALUED CUSTOMER MONTHLY SERVICE CHARGE REBATE |
| 02/01 | 750.00 | ONLINE TRANSFER TRANSFER FROM CHECKING ***-**8115 |
| 02/01 | 4,800.00 | ONLINE TRANSFER TRANSFER FROM CHECKING ***-**6326 |
| 02/01 | 15,547.66 | ONLINE TRANSFER TRANSFER FROM CHECKING ***-**5870 |
| 02/06 | 1,500.00 | MOBILE DEPOSIT REMOTE DEP TO CHECKING ***-**7291 |
| 02/13 | 8,700.00 | ONLINE TRANSFER TRANSFER FROM CHECKING ***-**5870 |
| 02/16 | 1,120.00 | ONLINE TRANSFER TRANSFER FROM CHECKING ***-**5870 |

7 credits for a total of **$32,427.66**

### Deposits

| Date | Amount | Date | Amount |
|---|---:|---|---:|
| 02/16 | $1,500.00 | 02/16 | $1,800.00 |

2 deposits for a total of **$3,300.00**

### Withdrawals

| Date | Amount | Description |
|---|---:|---|
| 02/01 | $10.00 | MONTHLY SVC CHG PREVIOUS PERIOD ACTIVITY RESULTED IN MONTHLY SERVICE CHARGE |
| 02/28 | 316.49 | DEBIT CARD POS CO GLADSTONE 503-5572770 OR ON 180228 #7995 |

2 withdrawals for a total of **$326.49**

Case 18-30038-tmb11    Doc 60    Filed 03/21/18