Jonas V. Anderson, VA SB #78240
Acting Assistant United States Trustee
Carla Gowen McClurg, OSB #165144
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (503) 326-7659
Email: carla.mcclurg@usdoj.gov

Attorneys for Gregory M. Garvin,
Acting United States Trustee for Region 18

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| In re | Case No. 18-30038-tmb11 |
|---|---|
| Fite, LLC, | **UNITED STATES TRUSTEE'S EXHIBIT LIST** |
| Debtor | Hearing Date: April 23, 2018<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 4 |

Gregory M. Garvin, Acting United States Trustee for Region 18 (the "UST"), by and through Trial Attorney Carla G. McClurg, presents the following exhibit list and accompanying exhibits for consideration at the hearing on the United States Trustee's Motion for an Order Dismissing Case with Prejudice (Permanent Bar to Refiling) filed on March 22, 2018, ECF No. 61, set for April 23, 2018 at 1:30 p.m.:

| Exhibit No. | Description |
|---|---|
| 1 | Chapter 11 petition filed by Fite, LLC ("Fite"), Case No. 18-30038-tmb11, on January 5, 2018, ECF No. 1 |
| 2 | Order of Designation entered January 5, 2018, ECF No. 4 |

Page 1 - UNITED STATES TRUSTEE'S EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 3 | Attorney Disclosure Statement; Schedules A/B, G, and H; Summary of Assets and Liabilities; Statement of Financial Affairs and Declaration filed by Fite on January 19, 2018, ECF No. 15 |
| 4 | Schedules D E & F filed by Fite on January 19, 2018, ECF No. 16 |
| 5 | Case Management Documents filed by Fite on February 6, 2018, ECF No. 20 |
| 6 | Order Setting Deadlines entered on February 20, 2018, ECF No. 33 in the Fite case |
| 7 | Amended Schedules A/B filed by Fite on March 14, 2018, ECF No. 51 |
| 8 | January 2018 Monthly Operating Report filed by Fite on February 22, 2018, ECF No. 40 |
| 9 | February 2018 Monthly Operating Report filed by Fite on March 21, 2018, ECF No. 60 |
| 10 | Joint Statement of Agreed Facts re United States Trustee's Motions for an Order Dismissing Case, or, in the Alternative, Converting Case To Chapter 7 filed in Turning Leaf Homes IV, LLC, Case No. 17-30353-tmb11 ("TLH IV") and Turning Leaf Homes V, LLC, Case No. 17-31944-tmb11 ("TLH V") |
| 11 | Order of Dismissal in TLH IV case entered October 31, 2017 |
| 12 | Order of Dismissal in TLH V case entered on October 27, 2017 |
| 13 | Order of Dismissal in RenX Group II, LLC, Case No. 17-33139-tmb11, entered on November 22, 2017 |
| 14 | Oregon Secretary of State ("SOS") Articles of Merger (Turning Leaf Homes IV, LLC, Turning Leaf Homes V, LLC, and FITE, LLC) filed on January 3, 2018 |
| 15 | Fite, LLC Articles of Organization filed on January 3, 2018 with the SOS |
| 16 | Fite Balance Sheet as of January 3, 2018 |
| 17 | Fite Balance Sheet as of January 5, 2018 |
| 18 | Turning Leaf Homes IV, LLC - Balance Sheet December 31, 2017 |
| 19 | Turning Leaf Homes IV, LLC - Balance Sheet January 5, 2018 |
| 20 | Turning Leaf Homes V, LLC - Balance Sheet December 31, 2017 |

| Exhibit No. | Description |
|---|---|
| 21 | Turning Leaf Homes V, LLC - Balance Sheet January 3, 2018 |
| 22 | RenX Group II, LLC, Turning Leaf Homes IV, LLC Turning Leaf Homes V, LLC Rents by bank account |
| 23 | August 2017 Monthly Operating Report provided to the UST in the TLH IV case with attachments |
| 24 | August 2017 Monthly Operating Report provided to the UST in the TLH V case with attachments |
| 25 | Turning Leaf Homes IV, LLC - AP Summary as of January 5, 2018 |
| 26 | Turning Leaf Homes V, LLC - AP Summary as of January 5, 2018 |
| 27 | February 5, 2018 email from debtor's counsel with rent summary and Bank of the West statement for January 2018 |
| 28 | Fite bank statements for Bank of the West account number ending 7291 for the period of January 11, 2018 through January 31, 2018 |
| 29 | Fite, LLC checks issued in January 2018 |
| 30 | Turning Leaf Management, Inc. bank statements for Bank of the West account number ending 5870 for the period of September 1, 2017 through January 31, 2018 |
| 31 | Turning Leaf Management, Inc. check to Camacho Law |
| 32 | Turning Leaf Homes IV, LLC - Bank Statements |
| 33 | Turning Leaf Homes V, LLC - Bank Statements |
| 34 | Turning Leaf Homes V, LLC – Account Ledger |
| 35 | Fite – Quit Claim Deed transfer of 1701 SE Oak Shore Lane, Milwaukie, OR from RenX Group, LLC to Fite, LLC |
| 36 | UST's Chapter 11 Operating Guidelines |
| 37 | Transcript of meeting of creditors held on February 13, 2018 (UST underlined testimony requested to be admitted as substantive evidence) |
| 38 | Transcript of continued meeting of creditors held on March 16, 2018 (UST underlined testimony requested to be admitted as substantive evidence) |

/ / /

/ / /

DATED this 16th day of April 2018.

                                          Respectfully submitted,
                                          GREGORY M. GARVIN
                                          Acting United States Trustee for Region 18

                                          /s/ Carla Gowen McClurg
                                          CARLA GOWEN McCLURG, OSB #165144
                                          Trial Attorney

**Page 4 - UNITED STATES TRUSTEE'S EXHIBIT LIST**

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2018, I served a copy of the foregoing UNITED STATES TRUSTEE'S EXHIBIT LIST by mailing a copy of this document, by United States first class mail, postage prepaid, addressed to the following:

Fite, LLC
1701 SE Oak Shore Lane
Gresham OR 97267

I further certify that on April 16, 2018, I served the exhibits referenced in the foregoing document via Federal Express overnight delivery on counsel for the debtor.

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ Carla Gowen McClurg
CARLA GOWEN McCLURG, OSB #165144
Trial Attorney