Troy D. Nixon, OSB No. 074453
troydnixon@gmail.com
Law Office of Troy Nixon, LLC
620 SW Main St., Suite 616
Portland, Oregon 97205
Telephone: (503) 866-3925
Facsimile: (503) 296-2733

Attorney for Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

In Re: )
) Case No. 18-30038-tmb-11
Fite, LLC, )
) **MOTION TO SET OVER HEARING**
Debtor. )
)

The undersigned attorney respectfully moves this Court for an Order setting over hearing on this matter scheduled for April 23, 2018.

This Motion is based upon the records and files herein. This motion is not intended for the purposes of undue delay.

Dated: 04/23/2018.

Respectfully Submitted by:

LAW OFFICE OF TROY NIXON LLC

/s/ Troy D. Nixon
Troy D. Nixon, OSB No. 074453
troydnixon@gmail.com
   Of Attorney for Debtor-In-Possession, Fite, LLC

MOTION TO SET OVER HEARING

Law Office of Troy Nixon LLC
620 SW MAIN ST., Suite 616
Portland, Oregon 97205
(503) 866-3925
Fax (503) 296-2733
TROYDNIXON@GMAIL.COM

Case 18-30038-tmb11    Doc 78    Filed 04/23/18

Troy D. Nixon, OSB No. 074453
troydnixon@gmail.com
Law Office of Troy Nixon, LLC
620 SW Main St., Suite 616
Portland, Oregon 97205
Telephone: (503) 866-3925
Facsimile: (503) 296-2733

Attorney for Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>Fite, LLC,<br><br>   Debtor. | Case No. 18-30038-tmb-11<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO SET OVER HEARING** |

I, Troy D. Nixon, hereby declare, under penalty of perjury according to the laws of the state of Oregon, of that:

    1.    Debtor-In-Possession has requested that a motion to set over the hearing scheduled for April 23, 2018, be filed in this case.

    2.    Fite, LLC (the Debtor-In-Possession) retained the Law Office of Troy Nixon, LLC to represent it on April 20, 2018.

    3.    New counsel for Debtor-In-Possession needs additional time to review this case, the motion at issue, and adequately prepare for the scheduled hearing.

    4.    Mr. Nixon has informed Debtor-In-Possession of all relevant facts.

    5.    The US Trustee does object to this motion.

///

MOTION TO SET OVER HEARING

Law Office of Troy Nixon LLC
620 SW MAIN ST., Suite 616
Portland, Oregon 97205
(503) 866-3925
Fax (503) 296-2733
TROYDNIXON@GMAIL.COM

Case 18-30038-tmb11    Doc 78    Filed 04/23/18

1  Dated this 23rd day of April, 2018.

2

3  /s/ Troy D. Nixon
   Troy D. Nixon,
4  Attorney for Debtor-In-Possession

5

6  Respectfully submitted by:

7  Troy D. Nixon, OSB No. 074453

8  Attorney for Debtor-In-Possession
   troydnixon@gmail.com
9

25 MOTION TO SET OVER HEARING

26
Law Office of Troy Nixon LLC
620 SW MAIN ST., Suite 616
Portland, Oregon 97205
(503) 866-3925
Fax (503) 296-2733
TROYDNIXON@GMAIL.COM

**CERTIFICATE OF SERVICE**

        I hereby certify that I served the foregoing MOTION TO SET OVER HEARING and AFFIDAVIT IN SUPPORT OF MOTION TO SET OVER HEARING upon all ECF participants registered with the Court to receive electronic notice as of the date of the entry of this pleading electronically via CM/ECF System on the date set forth below:

        Ms. Carla Gowen McClurg
        US Dept of Justice
        Office of the US Trustee
        620 SW Main St Ste 213
        Portland OR  97205
        Carla.mcclurg@usdoj.gov

        Mr. Rodolfo A Camacho
        Law Ofcs of Camacho & Knutson
        1795 Capitol St NE
        Salem OR  97301
        lawcama@comcast.net

        Mr. Kirk W Knutson
        Law Ofcs of Camacho & Knutson
        1795 Capitol St NE
        Salem OR  97301
        lawknut@comcast.net

        Jesse A. Baker
        Aldridge Pite, LLP
        PO BOX 17933
        San Diego, CA 92177
        ecforb@aldridgepite.com

        Cara J. Richter
        1449 SE Tech Center Place, Ste. 255
        Vancouver, WA 98683
        crichter@logs.com

///
///
///
///

MOTION TO SET OVER HEARING

Law Office of Troy Nixon LLC
620 SW  MAIN ST., Suite 616
Portland, Oregon 97205
(503) 866-3925
Fax (503) 296-2733
TROYDNIXON@GMAIL.COM

Dated this 23rd day of April, 2018.

LAW OFFICE OF TROY NIXON, LLC


　/s/ Troy D. Nixon
Troy D. Nixon, OSB #074453
Attorney for Debtor-In-Possession
troydnixon@gmail.com
Fax: (503) 296-3327

MOTION TO SET OVER HEARING

Law Office of Troy Nixon LLC
620 SW MAIN ST., Suite 616
Portland, Oregon 97205
(503) 866-3925
Fax (503) 296-2733
TROYDNIXON@GMAIL.COM

Case 18-30038-tmb11    Doc 78    Filed 04/23/18