1  Troy D. Nixon, OSB No. 074453
   troydnixon@gmail.com
2  Law Office of Troy Nixon, LLC
   620 SW Main St., Suite 616
3  Portland, Oregon 97205
   Telephone: (503) 866-3925
4  Facsimile: (503) 296-2733

5  Attorney for Debtor,
   Fite, LLC

6

7

8              UNITED STATES BANKRUPTCY COURT

9                     DISTRICT OF OREGON

10  In Re:                          )
                                    )   Case No. 18-30038-tmb-11
11  Fite, LLC                       )
                                    )   CHAPTER 11
12                                  )
                                    )
13      Debtors.                    )   MOTION TO REOPEN CASE
                                    )   (No Hearing Scheduled)
14  _____)

15

16   1.  The debtor moves the court for an order reopening the above-captioned case.

17   2.  Pursuant to 11 U.S.C. § 350(b), Debtor Fite, LLC, (hereafter "Debtor"),

18       respectfully moves the Court to reopen this case to accord relief to the

19       Debtor, namely to file motions to disgorge fees, to vacate the

20       judgment/order of dismissal, and for the Court to rule on such motions.

21   3.  The following grounds exist under F.R.B.P. 9024 for entry of an order

22       reopening and an order vacating the dismissal:

23           a.  mistake, inadvertence, surprise, or excusable neglect; and

24           b.  newly discovered evidence that, with reasonable diligence, could

25               not have been discovered in times to move for a new trial.

26  1 – MOTION TO REOPEN CASE

Law Office of Troy Nixon LLC
620 SW  MAIN ST., Suite 616
Portland, Oregon 97205
(503) 866-3925
TROYDNIXON@GMAIL.COM

1

2

4. The Debtor offers evidence to support a finding that grounds exist as indicated above as follows:

3

4

5

6

7

8

9

10

11

Debtor believes that the Court should grant an Order compelling Debtor's attorneys to disgorge the entirety of the fees paid to attorneys by Debtor and that the prior Order of Dismissal should be vacated by the Court based on numerous and serious actions by Debtor's prior counsel. Debtor believes that prior counsel did little to assist Debtor in any meaningful way during the course of its CH 11 case, failed in their duty to disclose to the Court, and breached their fiduciary duty to the Debtor.

12

13

14

15

16

17

18

19

20

21

22

23

24

Debtor wishes to file a Motion to Disgorge Fees as Debtor believes that its attorneys, Camacho and Knutson did not earn the $30,000.00 that Debtor was charged for, and paid, in attorney fees. These actions include the attorneys' failure to disclose necessary information to the Court per Fed.R.Bankr.P. 2014(a). Debtor maintains that its attorneys did not notify Debtor of the true nature of their relationship to the US Trustee. Debtor avers that its CH 11 case was fundamentally and fatally flawed from the outset by conflicts between Debtor and its attorneys. These conflicts were not revealed to Debtor by its counsel in a timely manner. Debtor avers that its attorneys did not provide Debtor with timely or adequate counsel, filed the CH 11 petition without Debtor's

25

26

2 – MOTION TO REOPEN CASE

1  approval; filed the petition, schedules, and statements

2  without Debtor's prior review; filed the petition, schedules,

3  and statements without Debtor's signatures; and failed to

4  respond to the Court's and the US Trustee's demands for

5  information and documents.

6  Debtor asserts that its attorneys violated Fed.R.Bankr.P.

7  2016(b) by failing to disclose to the Court the entire amount

8  paid to the attorneys by Debtor and the attorneys filed

9  incomplete and incorrect schedules and statements with the

10  Court.

11  Debtor will file a motion to vacate the Court's Order of

12  Dismissal based on these failures by its attorneys, the

13  attorneys' violation of their duties to disclose, and their

14  breach of their fiduciary duty to the Debtor.

15  5. The Court entered an order closing the case on 05/23/2018.

16  6. I declare under penalty of perjury that the information contained above

17  is true and correct to the best of my knowledge, information, and belief.

18  DATED: June 19, 2018

19  /s/ Tracey Baron
20  Signature of authorized representative for Debtor

21

22

23

24

25

26  3 – MOTION TO REOPEN CASE

Law Office of Troy Nixon LLC
620 SW  MAIN ST., Suite 616
Portland, Oregon 97205
(503) 866-3925
TROYDNIXON@GMAIL.COM

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing :

**MOTION TO REOPEN CASE** will be served vi ECF email by the Court on the

following party'(s) or attorney'(s) registered email address on 06/19/2018:

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

And I further certify I certify that I served the foregoing Motion to Reopen

Case on the following named person(s) on the date indicated below by mailing

on June 19, 2018, to said person(s) a true copy thereof, contained in a sealed

envelope, addressed to said person(s) at their last known address indicated

below:

Fite, LLC
1701 SE Oak Shore Lane
Portland, OR 97267

Respectfully submitted,

 /s/ Troy D. Nixon_____
Troy D. Nixon, OSB No. 074453
Attorney for Debtor

4 – MOTION TO REOPEN CASE