Troy D. Nixon, OSB No. 074453
troydnixon@gmail.com
Law Office of Troy Nixon, LLC
620 SW Main St., Suite 616
Portland, Oregon 97205
Telephone: (503) 866-3925
Facsimile: (503) 296-2733

Attorney for Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| In Re: | ) Case No. 18-30038-tmb-11 |
|---|---|
| Fite, LLC, | ) **NOTICE OF APPEAL AND** |
| Debtor. | ) **STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):
   FITE, LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff<br>☐ Defendant<br>☐ Other (describe)<br>_____ | **X** Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ Other (describe)<br>_____ |

PAGE 1 – AFFIDAVIT IN SUPPORT OF PETITIONER'S MOTION TO SET OVER HEARING

Law Office of Troy Nixon LLC
620 SW MAIN ST., Suite 616
Portland, Oregon 97205
(503) 866-3925
troydnixon@gmail.com

Case 18-30038-tmb11    Doc 96    Filed 07/24/18

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: <u>Order of Dismissal</u>

2. State the date on which the judgment, order, or decree was entered: <u>July 10, 2018</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: <u>see attachment</u>   Attorney: _____

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

**X** Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

<u>/s/ Troy D. Nixon</u>.   Date: <u>07/24/2018</u>
Attorney for appellant

Respectfully submitted by:
Troy D. Nixon, OSB No. 074453
Attorney for Debtor-In-Possession
620 SW Main St., Suite 616
Portland, OR 97205
(503) 866-3925
troydnixon@gmail.com

PAGE 2 – AFFIDAVIT IN SUPPORT OF PETITIONER'S MOTION TO SET OVER HEARING

Law Office of Troy Nixon LLC
620 SW MAIN ST., Suite 616
Portland, Oregon 97205
(503) 866-3925
troydnixon@gmail.com

Case 18-30038-tmb11    Doc 96    Filed 07/24/18

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that I served the foregoing AFFIDAVIT IN SUPPORT OF |
| 3 | MOTION TO SET OVER HEARING upon all ECF participants registered with the Court to receive electronic notice as of the date of the entry of this pleading electronically via CM/ECF |
| 4 | System on the date set forth below: |

Ms. Carla Gowen McClurg
US Dept of Justice
Office of the US Trustee
620 SW Main St Ste 213
Portland OR  97205
Carla.mcclurg@usdoj.gov

Mr. Rodolfo A Camacho
Law Ofcs of Camacho & Knutson
1795 Capitol St NE
Salem OR  97301
lawcama@comcast.net

Mr. Kirk W Knutson
Law Ofcs of Camacho & Knutson
1795 Capitol St NE
Salem OR  97301
lawknut@comcast.net

Jesse A. Baker
Aldridge Pite, LLP
PO BOX 17933
San Diego, CA 92177
ecforb@aldridgepite.com

Cara J. Richter
1449 SE Tech Center Place, Ste. 255
Vancouver, WA 98683
crichter@logs.com

///
///
///
///
///
///
///

PAGE 3 – AFFIDAVIT IN SUPPORT OF PETITIONER'S MOTION TO SET OVER HEARING

Law Office of Troy Nixon LLC
620 SW  MAIN ST., Suite 616
Portland, Oregon 97205
(503) 866-3925
troydnixon@gmail.com

Case 18-30038-tmb11    Doc 96    Filed 07/24/18

Dated this 24th day of July, 2018.

                       LAW OFFICE OF TROY NIXON, LLC

                       /s/ Troy D. Nixon
                       Troy D. Nixon, OSB #074453
                       Attorney for Debtor-In-Possession
                       troydnixon@gmail.com
                       Fax: (503) 296-3327

PAGE 4 – AFFIDAVIT IN SUPPORT OF PETITIONER'S MOTION TO SET OVER HEARING

Law Office of Troy Nixon LLC
620 SW MAIN ST., Suite 616
Portland, Oregon 97205
(503) 866-3925
troydnixon@gmail.com

Case 18-30038-tmb11   Doc 96   Filed 07/24/18

FORM 417A ATTACHMENT FOR FITE, LLC

Ms. Carla Gowen McClurg
US Dept of Justice
Office of the US Trustee
620 SW Main St Ste 213
Portland OR  97205
Carla.mcclurg@usdoj.gov

Mr. Rodolfo A Camacho
Law Ofcs of Camacho & Knutson
1795 Capitol St NE
Salem OR  97301
lawcama@comcast.net

Mr. Kirk W Knutson
Law Ofcs of Camacho & Knutson
1795 Capitol St NE
Salem OR  97301
lawknut@comcast.net

Jesse A. Baker
Aldridge Pite, LLP
PO BOX 17933
San Diego, CA 92177
ecforb@aldridgepite.com

Cara J. Richter
1449 SE Tech Center Place, Ste. 255
Vancouver, WA 98683
crichter@logs.com

Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In Re:

Fite, LLC

Debtor.

Bankruptcy Case
No. 18-30038-tmb11

ORDER DENYING MOTION TO REOPEN

This matter came before the court on a Motion to Reopen Case (the "Motion," ECF No. 87) filed by Fite, LLC on June 19, 2017. The court held a hearing on the Motion on July 9, 2018. For the reasons stated on the record at the July 9 hearing,

It is hereby ordered that the Motion is DENIED.

### 

cc: Troy D. Nixon
Carla G. McClurg
Kirk W. Knutson

Page 1 – ORDER DENYING MOTION TO REOPEN